UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SGSB, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SANTA BARBARA; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-04782 AB (PLAx)<br>Hon. André Birotte, Jr.<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |
| COASTAL DISPENSARY, LLC, a California limited liability company; GSG SBCA, INC., a California corporation; and FARMACY SB, INC., a California corporation,<br><br>Real Parties in Interest. | |
| AND RELATED CROSS-ACTION. | |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted.**

**IT IS SO ORDERED.**

Dated: October 15, 2019

/s/ Paul L. Abrams
Paul L. Abrams
United States Magistrate Judge