JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SGSB, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SANTA BARBARA; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-04782 AB (PLAx)<br><br>Hon. André Birotte, Jr.<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| COASTAL DISPENSARY, LLC, a California limited liability company; GSG SBCA, INC., a California corporation; and FARMACY SB, INC., a California corporation,<br><br>Real Parties in Interest. | |
| AND RELATED CROSS-ACTION. | |

## [PROPOSED] ORDER

The Court hereby approves the Parties' Joint Stipulation for Dismissal with Prejudice. ("Stipulation," Dkt. No. 68). Pursuant to the terms of the Stipulation, the entire action, including all claims and counterclaims stated herein against all parties, is hereby **DISSMISSED WITH PREJUDICE**. Neither Plaintiff SGSB, Inc. nor Defendant the City of Santa Barbara shall in any manner seek to recover from the other attorney's fees, expenses, or costs, including, but not limited to, administrative record costs.

The dismissal of this action is not a determination of liability or wrongdoing in any manner whatsoever and neither the City of Santa Barbara nor SGSB, Inc. shall be considered a prevailing party in this litigation. SGSB, Inc. shall not be prejudiced by its filing and prosecution of this litigation in any future commercial cannabis application process with the City of Santa Barbara. Neither SGSB, Inc. nor the City of Santa Barbara shall bring any future claim or cross-claim against the other that was or could have been brought in this action or which pertains to the subject matter of this action.

IT IS SO ORDERED.

Dated: December 10, 2019

_____
Hon. André Birotte, Jr.
UNITED STATES DISTRICT COURT JUDGE

2
ORDER FOR DISMISSAL